# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

FILED
EASTERN DISTRICT COURT
JUL 07 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROBERT JAMES | |

Case No. 4:05cr00296-01 JMM

USM No. 08000-078

Omar Greene
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General & Special & Std 3  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from use of a controlled substance | 04/14/2010 |
| Special | Failure to complete inpatient drug abuse treatment | 05/21/2010 |
| Standard 3 | Failure to follow instructions of the probation officer | 02/16/2010 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6179

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Little Rock, AR

07/07/2010
Date of Imposition of Judgment

_[signature]_
Signature of Judge

James M. Moody                US District Judge
Name and Title of Judge

07/07/2010
Date

Judgment — Page 2 of 2

DEFENDANT: ROBERT JAMES
CASE NUMBER: 4:05cr00296-01 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**EIGHT (8) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall participate in mental health counseling and residential substance abuse treatment.
The defendant shall serve his term of imprisonment at Forrest City, Arkansas**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL